```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
BUILDING SERVICE 32BJ HEALTH
FUND, BUILDING SERVICE 32BJ
SUPPLEMENTAL RETIREMENT AND
SAVINGS PLAN,

                            Plaintiffs,                 20 Civ. 38 (AT)

        -against-                                       ORDER

SECTEK, INC.,

                            Defendant.
```

ANALISA TORRES, District Judge:

      The Court having been advised that the parties have reached a settlement in principle, ECF No. 14, it is ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within sixty days of the date of this Order if the settlement is not consummated.

      Any application to reopen must be filed <u>within sixty days</u> of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same sixty-day period to be so-ordered by the Court. Per Rule IV(C) of the Court's Individual Practices in Civil Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

      Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

      SO ORDERED.

Dated: February 24, 2020
       New York, New York

                                              ANALISA TORRES
                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/24/2020